UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:

PORT EVERGLADES TERMINAL, LLC.,

      Plaintiff,

vs.

SOUTH FLORIDA TRUCKERS ASSOCIATION LLC.
SOUTH FLORIDA INDEPENDENT TRUCKERS ASSOCIATION INC.,
ACE TRANSPORT MIAMI LLC, LOGICAL TRUCKING, INC.,
PALMETTO TRANSPORT, INC., DELTA TRUCKING, INC.
and UNIDENTIFIED CO-CONSPIRATORS,

      Defendants.

_____/

## AFFIDAVIT OF JAVIER MIRANDA OF PORT EVERGLADES TERMINAL LLC.

STATE OF FLORIDA  )
                ) SS.
COUNTY OF DADE  )

BEFORE ME, the undersigned authority, personally appeared Javier Miranda, who after being first duly sworn on oath, deposes and says:

1.    I am the Terminal Manager of PORT EVERGLADES TERMINAL, LLC ("PET") which is located at Port Everglades. In this capacity I am responsible for managing and directing the ocean terminal operation for PET at Port Everglades.

2.    Containerized cargo measuring from 20 to 45 feet in length arrive on ocean vessels from overseas and are discharged from the ships and stored in our terminal awaiting transportation inland by truck. Similar containerized cargo is also delivered to the terminal from inland locations to be loaded on ocean vessels for overseas transportation. This entire operation is entirely dependent on the constant free flow of cargo into and out of the terminal on a predictable daily schedule. The PET terminal handles hundreds of containers per day and provides employment for dozens of people.

3.     A boycott by independent truckers, who control the movement of cargo to and from the Port, will severely disrupt if not shut down PET's ability to operate its business.  Moreover, such an action would not only materially harm the business of PET but would harm the owners of the cargo whose cargo would be effectively held hostage at the PET facility. This would include sensitive cargo and perishable cargo which would be subject to damage by any delay in its delivery.

4.     When PET was advised by way of Mr Rodolfo Alvarez email of an intended boycott of PET its principles including the undersigned agreed to meet with the representatives of the SFTA and the principles of Defendants ACE, Palmetto, Delta and others at its terminal facility at PET. These companies and their drivers are not members of a Union. This meeting took place on July 11, 2018. The intent of the meeting at least from PET's perspective was to find out the nature of the complaints regarding the services being provided at PET and to see whether any agreements could be reached to avert the planed boycott.

5.     The meeting lasted almost three hours and as a result PET agreed to make meaningful changes to its operation and as evidence of its commitment in that regard PET prepared and distributed to every driver entering its facility and distributed via email notice of these changes as reflected in the attached Flyer. These were concrete and constructive changes by PET which were instituted in order to improve the service we provide to the Truckers, the cargo owners and the entire South Floirda Shipping Community. More importantly it was PET's efforts to stave off an illegal boycott of its Terminal.

6.     I am aware of a similar boycott which this same group planned and supported in Miami against the terminal business at POMTOC at the Port of Miami.  That boycott lasted a week and severally impacted the terminal business of POMTOC and the entire South Floirda Shipping Community.

7.     As a consequence of the boycott operations, PET will be unable to service its customers. It is estimated that PET will lose hundreds of thousands of dollars in the first week of a strike alone as a result of the need to keep redundant labor when the trucks are not arriving to move cargo in and out of

2

the terminal and lost revenue from ships diverted away from PET's terminal as well. Shippers, Carriers and Port Everglades will also lose significant revenue generated by these lost shipments.

8. There is a serious doubt whether the assets of the Defendants will be sufficient to allow them to cover the significant losses to PET business including the possible losses from clients diverting business away from PET and the possible loss of clients altogether.

FURTHER AFFIANT SAYETH NOT.

_____
Javier Miranda, Affiant

Before me this day appeared Javier Miranda, personally known to me or who has produced _____ [insert personally known or driver's license number] as identification, and being first duly sworn, deposes and says that he/she executed the foregoing, and he/she acknowledges that he/she executed same freely and voluntarily as his own act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and seal at Everglades, Dade County, Florida, this_____30th_____ day of _____July_____, 2018.

Notary Public, State of Florida at Large

_____
PRINT NAME: MARLENE F. King
Commission No: GG59472

My Commission Expires: 1/3/21

MARLENE F. KING
MY COMMISSION # GG59472
EXPIRES: January 03, 2021

7801/Affidavit.PET

3



Port Everglades Terminal, LLC

Wednesday, July 18, 2018

### PORT EVERGLADES TERMINAL MEMORANDUM TO TRUCKERS

PET is committed to improving the services it provides to the entire South Florida trucking community. We received a Flyer recently which requested that we set forth in writing the changes that we will make to insure that our terminal is more efficient for the trucking community and in particular the individual drivers themselves. To show our support for the work you do please see the following improvements we are putting into place effective immediately:

1) As of July 1st, PET is now open at 7:00 a.m. to better serve the entire truck driver community.

2) PET agreed that any trucker who arrives at the In-gate by 4:30 p.m. will be allowed a double move except in case of reefer and dangerous cargo.

3) PET has agreed to remain open at lunch, a decision to be made on a day to day basis depending on volumes.

4) Any truck arriving prior to 4:30 p.m. but within the line of vehicles in front of the PET Security car will be allowed access to the Terminal to insure late deliveries and pickups.

5) PET will commit to a one hour and forty-five minute turn time from the PET in-gate to the PET out-gate. There will be a $.50 per minute penalties for non-compliance by PET. This shall not include drivers sent to problem resolution, delays due to non-terminal related issues, dangerous cargos or reefers.

The following phone numbers and contact personnel are available to deal with any service related issues. Trouble window (Hazardous cargo) 954-524-7520 ext 200, Alvaro Perez, Terminal superintendent Cell 305-218-7568, Arturo Martinez, Terminal superintendent 305-877-7779.

If you need any further clarification, please let us know.