# EXHIBIT "A"



Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Florida Limited Liability Company
SOUTH FLORIDA TRUCKER'S ASSOCIATION, LLC

## Filing Information

| | |
|---|---|
| **Document Number** | L17000182602 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 08/22/2017 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | LC VOLUNTARY DISSOLUTION |
| **Event Date Filed** | 07/23/2018 |
| **Event Effective Date** | NONE |

## Principal Address

13480 SW 34TH STREET
MIAMI, FL 33175

## Mailing Address

13480 SW 34TH STREET
MIAMI, FL 33175

## Registered Agent Name & Address

TAYLOR & ASSOCIATES, ATTORNEYS AT LAW, P.L
20 3RD STREET SW
STE 209
WINTER HAVEN, FL 33880

## Authorized Person(s) Detail

## Name & Address

Title MBR

ALVAREZ, RUDY
13480 SW 34TH STREET
MIAMI, FL 33175

Title MBR

DUENAS, CARLOS
13480 SW 34TH ST
MIAMI, FL 33175

## Annual Reports

**Report Year**    **Filed Date**

2018                01/16/2018

## Document Images

| | |
|---|---|
| 07/23/2018 -- LC Voluntary Dissolution | View image in PDF format |
| 01/16/2018 -- ANNUAL REPORT | View image in PDF format |
| 08/22/2017 -- Florida Limited Liability | View image in PDF format |