# EXHIBIT "B"



Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Florida Not For Profit Corporation
SOUTH FLORIDA INDEPENDENT TRUCKER'S ASSOCIATION, INC.

## Filing Information

| | |
|---|---|
| **Document Number** | N18000007666 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 07/13/2018 |
| **Effective Date** | 07/09/2018 |
| **State** | FL |
| **Status** | ACTIVE |

## Principal Address

2786 NW 57TH ST.
MIAMI, FL 33142

## Mailing Address

2786 NW 57TH ST.
MIAMI, FL 33142

## Registered Agent Name & Address

MATHIS, BRIAN K
515 E. LAS OLAS BOULEVARD
SUITE 120
FORT LAUDERDALE, FL 33301

## Officer/Director Detail

**Name & Address**

Title D

ALONZO, ROBERTO
2786 NW 57TH ST.
MIAMI, FL 33142

Title D

DIAZ, ANTONIO
2786 NW 57TH ST.
MIAMI, FL 33142

Title D

FERNANDEZ, MANUEL

FERNANDEZ, MANUEL
2786 NW 57TH ST.
MIAMI, FL 33142

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

07/13/2018 -- Domestic Non-Profit    View image in PDF format

Florida Department of State, Division of Corporations