# EXHIBIT "C"

## Richard Rovirosa

| | |
|---|---|
| **From:** | Yarbrough, Nicole <Nicole.Yarbrough@maersk.com> |
| **Sent:** | Friday, June 22, 2018 4:26 PM |
| **To:** | Richard Rovirosa |
| **Subject:** | Truck Stoppage |

Hi Richard,

As per below, I see that Rudy is making things difficult again down there. What are the plans to reach an agreement before August 1st?

-----------------------------------------------

**From:** RUDY ALVAREZ <RALVAREZ@acetransportmiami.com>
**Sent:** Thursday, June 21, 2018 5:26 PM
**To:** Adalberto RAMIREZ <aramirez@luisdeliveries.com>; C.DUENAS/THE MVC GROUP <truckmvc@aol.com>; Jmedina@delta-trucking.com; jmora@southerncompanies.net; dispatch@dhctrucking.com; Ruth@nbt-transport.com; queentransport@yahoo.com; interfla@aol.com; lg@maximustrans.com; albert@protransportusa.com; VeroMedina@delta-trucking.com; Vrodriguez@delta-trucking.com; EPichardo@delta-trucking.com; dispatch@nbt-transport.com; pacifict@bellsouth.net; miguel@qualityct.com; Albert Bello <albert@palmettotransport.com>; dispatch@mcitransport.com; victor@lgcargo.net; dispatch@mvcmiami.com; vitotransport@yahoo.com; uniqueexpress@bellsouth.net; jaren@nbt-transport.com; pslcargoexpress@gmail.com; jrmedina@delta-trucking.com; jared@seatruck.net; eric@mantratrucking.com; robert@efhinc.com; DAVID ALVAREZ <dalvarez@acetransportmiami.com>; alvaro@alpinos.com; olympictransfer@aol.com; silvia@nighthawktrucking.com; salomtransportation@hotmail.com; avaldano@krystalusa.com; cary@atlanticgood.com; quickxxpress@bellsouth.net; ralvarez12@aol.com; viviana@harbortransport.com; davidtransport@bellsouth.net; dispatch@atlanticdrayage.com; oscar@protransportusa.com; dispatch@harbortransport.com; kingtransportfla@yahoo.com; dc.trucking@hotmail.com; hmcontainer@hotmail.com; jimlopez@nighthawktrucking.com; nelle@horizonfreightsystem.com; jorge@agstrans.com; ralphpac@bellsouth.net; joanna@nighthawktrucking.com; Albert Bello <albert@portsidetrucking.com>; olympictransfer@cs.com; uniworldtrucking@bellsouth.net; mt@maximustrans.com; juliojr@nbt-transport.com; dispatch@uniquetruckingexpress.net; julio@nbt-transport.com
**Subject:** Port Everglades Terminal Service failure and delays to trucking industry.

To all trucking companies,

Below you will find a letter stating to stop service on 8-1-18 for PET until our below demands are meet and resolved. We ask that you forward this to your customers and support our drivers to stop the unjust treatment being caused by port everglades terminal .

Dear valued customers,

Effective 8-1-18 our company will not provide service to Port Everglades Terminal.

1

Leaders of the trucking community have requested several meetings with PET Manager Mr. Javier Miranda, with no success. The intent of our meeting was to find a solution or idea together on how this terminal can fix their congestion and delay issues.

these requests have been ignored and it has been expressed by Mr. Miranda that PET has no congestion, service or delay issues.

The following is a list of items that require correction from PET which are affecting you our valued customer from receiving adequate service from the South Florida trucking community.

1. Drivers are encountering 3-4 hour delay to be serviced.

2. Congestion in Port Everglades at times can reach over 100 trucks long outside terminal gates.

3. Inadequate staffing and hours of operation.

4. Inappropriate and disrespectful treatment towards drivers that service this terminal.

5. Elimination of all scale fee to the land carriers. (PET is the only terminal billing land carrier for this fee container weights are required by SSL and not mandated by FMCSA or DOT)

6. Container repositioning due to space constraint in this terminal are forcing land carriers to return empty equipment past county line roads with no compensation.

This letter is being forwarded to all customers and steamship lines asking them to redirect all shipments from Port Everglades Terminal immediately.

We feel that by providing this notice with ample time, and a set date to stop service, we will minimize any disruption in our industry. We would also like to request that you make an effort to speak to the different steamship lines that do business with Port Everglades Terminal and express how these issues continue to affect your business and our industry.

In the past, the easiest way to deal with most of these issues created by Port Everglades Terminal and their administration was to impose additional service charges to you our valued customer. We've been forced to charge our customers for waiting time, refer service fees, congestion fees, unmerited repair bills, repositioning fee for returning empty containers to different satellite terminals due to lack of space. It is a mutual consensus that this is most unfair way to handle these issues created by this terminal's administration. So, instead of continuing to pass on the cost of these issues to our customers, we have decided to take a more direct approach and stop servicing this terminal on August 1, 2018 until all the solutions below are address and resolved by this terminal and its administration.

# Solutions

1. Hours of operations 6:00 AM till 6:00 PM for a 6 month period in order to alleviate the congestion back log. Then a flex schedule set up with 24 hour notification to operate from 7:00 to 6:00 or 6:00 to 5:00 depending on volumes.

2. Terminal should be adequately staffed to work continuously. Must work through lunch and maintain proper staffing in order to avoid the current congestions.

3. Discontinue fees currently being charged to trucking company for scale fee. The trucking companies do not have a need for this information. (PET is the only terminal billing land carrier for this fee container weights are required by SSL and not mandated by FMCSA or DOT)

4. Turnaround time to be 1:45 minutes or less from the start of the line to the terminal gate exit.

   If this time is not met we would request a contract with the terminal posted on the U.I.I.A to charge the terminal 1.00 per minute over the 1:45 min turnaround time.

5. Double turns to be allowed at all times the terminal is open no exceptions.

6. Empty returns of equipment "if pulled from PET the equipment must be allowed to be returned to the same terminal"
   Or compensation to the trucking company must be paid.

7. All terminal fees and line fees, if caused by this work stoppage, be waived by terminal and line

   in order to not affect the customers.

feel free to call me if you have any questions

Rudy Alvarez
10901 Nw 146 street suite 1
Hialeah Gardens Fl, 33018
Tel. (305) 888-6664
Fax (305) 888-6030
Cell (786) 367-6268
E-Mail: Ralvarez@acetransportmiami.com

*Best Regards,*

Nicole Yarbrough
Procurement Manager
Ph: 704-571-2782
Cell: 704-390-6691

3

The information contained in this message is privileged and intended only for the recipients named. If the reader is not a representative of the intended recipient, any review, dissemination or copying of this message or the information it contains is prohibited. If you have received this message in error, please immediately notify the sender, and delete the original message and attachments.

Please consider the environment before printing this email.

4