# EXHIBIT "D"



## PARAMOS SI ✓

Estamos todo de acuerdo que NO proveer nuestros servicios

como profesionales a Port Of Everglades **(PET)**

**A partir de <u>AGOSTO 1, 2018</u> no vamos a ofrecer nuestros servicios hasta que las terminales y PET nos ponga por escrito como van a mejorar el servicio que nos deben proveer y buscar una solucion definitiva. El paro de trabajo sera indefinido hasta que PET y las navieras nos concedan menos demoras y horas extendidas.**

**NO seguiremos permitiendo el abuso y la falta de respeto hacia nosotros. En este momento tenemos el respaldo de todos los duenos da las compañias asi que vamos a unirnos.**

# <u>PORT OF EVERGLADES</u>

## <u>WE STOP</u> ✓

We all agree that we do NOT provide our services as professionals to PET.

As of August 1, 2018, we will not offer our services until the terminals and PET puts in writing how they will improve the services they must provide us and look for a definitive solution. The work stoppage will be indefinite until PET and the shipping companies grant us less delays and extended hours.

We will not continue to allow abuse and disrespect towards us. At this moment we have the backing of all the owners of the companies, so let's join together.